YEOKES-EICHENBAUM, INC., Respondent, *v.* WILSON MCCARTHY et al., as Trustees of the Property of Denver and Rio Grande Western Railroad, in Reorganization Proceedings, Appellants.

Submitted June 14, 1943; decided July 20, 1943.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 437.)